# EXHIBIT A

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 24-73-cv- 447A | Massachusetts Trial Court Superior Court |
|---|---|---|

**COUNTY** Bristol Superior Court (Fall River)

| Plaintiff | ANA DEJESUS BATISTA | Defendant: | |
|---|---|---|---|
| ADDRESS: | 836 GLOBE STREET, APT. 1 | ADDRESS: | CVS PHARMACY, INC. |
| | FALL RIVER, MA 02724 | | 550 PLEASANT STREET |
| | | | FALL RIVER, MA 02721 |
| Plaintiff Attorney: | | Defendant Attorney: | |
| ADDRESS: | JOHN R. RODEN, ESQ. | ADDRESS: | |
| | 273 STATE STREET | | |
| | SPRINGFIELD, MA 01103 | | |
| BBO: | 555392 | BBO: | |

BRISTOL, SS SUPERIOR COURT
FILED
JUN 20 2024
JENNIFER A. SULLIVAN, ESQ.
CLERK / MAGISTRATE

**TYPE OF ACTION AND TRACK DESIGNATION** (see instructions section on next page)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B04 | PHARMACY NEGLIGENCE/PERSONAL INJ. | F | ☒ YES    ☐ NO |

***If "Other" please describe:**

Is there a claim under G.L. c. 93A?    ☐ YES  ☒ NO        Is there a class action under Mass. R. Civ. P. 23?  ☐ YES  ☒ NO

**STATEMENT OF DAMAGES REQUIRED BY G.L. c. 212, § 3A**

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. (Note to plaintiff: for this form, do not state double or treble damages; indicate single damages only.)

**TORT CLAIMS**

A. Documented medical expenses to date

   1. Total hospital expenses                                                   $50,000.00

   2. Total doctor expenses

   3. Total chiropractic expenses

   4. Total physical therapy expenses

   5. Total other expenses (describe below)

                                                  Subtotal (1-5):     $50,000.00

B. Documented lost wages and compensation to date

C. Documented property damages to date

D. Reasonably anticipated future medical and hospital expenses            $50,000.00

E. Reasonably anticipated lost wages

F. Other documented items of damages (describe below)

                                                     TOTAL (A-F):     $100,000.00

G. Briefly describe plaintiff's injury, including the nature and extent of the injury:

GASTROINTESTINAL PAIN, VOMITING, DIZZINESS, CHEST PAIN, NUMBNESS IN LEFT ARM, POTENTIAL ORGAN DAMAGE

**CONTRACT CLAIMS**

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

Signature of Attorney/Self-Represented Plaintiff: X _[signature]_        Date:     June 20, 2024

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

**CERTIFICATION UNDER S.J.C. RULE 1:18(5)**

I hereby certify that I have complied with requirements of Rule 5 of Supreme Judicial Court Rule 1:18: Uniform Rules on Dispute Resolution, requiring that I inform my clients about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney: X _[signature]_        Date:     June 20, 2024