# EXHIBIT B



**CT Corporation**
Service of Process Notification
08/12/2024
CT Log Number 547084903

## Service of Process Transmittal Summary

**TO:** Serviceof Process
CVS HEALTH COMPANIES
1 CVS DR MAIL CODE 1160
WOONSOCKET, RI 02895-6146

**RE:** Process Served in Massachusetts

**FOR:** CVS Pharmacy, Inc.  (Domestic State: RI)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Ana Dejesus Batista // To: CVS Pharmacy, Inc. |
| **CASE #:** | 2473CV0447 |
| **NATURE OF ACTION:** | Personal Injury |
| **PROCESS SERVED ON:** | C T Corporation System, Boston, MA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 08/12/2024 at 10:19 |
| **JURISDICTION SERVED:** | Massachusetts |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/13/2024, Expected Purge Date: 08/18/2024 |
| | Image SOP |
| | Email Notification,  Serviceof Process  service_of_process@cvs.com |
| | Email Notification,  Amy Lawrence  cls-ctsopsupport@wolterskluwer.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
155 Federal Street
Suite 700
Boston, MA 02110
877-564-7529
MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Aug 12, 2024
**Server Name:** Drop Service

| Entity Served | CVS PHARMACY, INC. |
|---|---|
| Case Number | 2473CV0447 |
| Jurisdiction | MA |

| Inserts | |
|---|---|
| | |



## Commonwealth of Massachusetts

BRISTOL, ss.   TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 24-73-CV-0447

ANA DEJESUS BATISTA, PLAINTIFF(S)

v.

CVS PHARMACY, INC., DEFENDANT(S)

### SUMMONS

THIS SUMMONS IS DIRECTED TO CVS PHARMACY, INC. (Defendant's name)

You are being sued. The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Bristol Superior Court. YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.

1. You must respond to this lawsuit in writing within 20 days. If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. If you need more time to respond, you may request an extension of time in writing from the Court.

2. How to respond. To respond to this lawsuit, you must file a written response with the court and mail a copy to the Plaintiff's Attorney (or Plaintiff, if unrepresented). You can do this by:
   a. Filing or mailing your signed original Answer to the Clerk's Office for Civil Business, BRISTOL COUNTY SUPERIOR Court, 441 COUNTY ST., 1ST FL., NEW BEDFORD, MA 02740 (address), by mail or in person, AND
   b. Delivering or mailing a copy of your response to the Plaintiff's Attorney/Plaintiff at the following address: 273 STATE ST., SPRINGFIELD, MA 01103.

3. What to include in your response. An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as counterclaims) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must specifically request a jury trial in your Answer or in a written demand for a jury trial that you must sent to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a "Motion to Dismiss," if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons list under Mass.R.Civ.P. 12. If you are filing the Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rulesofcourt.

A true copy Attest: [signature]
8-12-24
Deputy Sheriff Suffolk County

4. **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.
5. **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss.

Witness, Hon. Michael D. Ricciuti, Chief Justice on _____8-15_____, 2024.

_____
Jennifer A. Sullivan, Esquire
Clerk of Courts

NOTE: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____, 20____, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass.R.Civ.P. 4(d)(1-5)):

_____
_____
_____

Dated: _____, 20___   Signature: _____

N.B.   TO PROCESS SERVER:

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX – BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

A true copy Attest:

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF THE TRIAL COURT

BRISTOL, SS.                                         SUPERIOR COURT
                                                     CIVIL ACTION # 24-73-cv- 0447

ANA DEJESUS BATISTA,                )
        Plaintiff                   )
vs.                                 )
                                    )       **COMPLAINT**
CVS PHARMACY, INC.,                 )
        Defendant                   )

## PARTIES

1   The plaintiff, Ana Dejesus Batista, is an individual residing at 836 Globe Street, Apt. 1, Fall River, Bristol County, Massachusetts 02724.

2   The defendant, CVS Pharmacy, Inc., is a foreign corporation doing business in Massachusetts at 550 Pleasant Street, Fall River, Bristol County, Massachusetts 02721 and with a corporate business address at 1 CVS Drive, Woonsocket, Rhode Island, 02895.

## FACTUAL BACKGROUND

3   On or about July 2, 2021, plaintiff's treating physician prescribed, semaglutide, (Ozempic) .25 mg injection every 7 days. The prescription was forwarded to the defendant, CVS Pharmacy, Inc., at 550 Pleasant Street, Fall River, Massachusetts to be filled and provided to the plaintiff.

4   The prescription was filled by defendant on July 2, 2021 and provided to the plaintiff. The printed instructions provided to the plaintiff with the medication directed that the medication be taken .25 mg injection every 7 hours.

5   The plaintiff ingested the medication per the printed instructions and suffered with a drug overdose resulting in physical injury, hospitalization, medical bills for necessary medical treatment, emotional and physical pain and suffering, potential future medical care and bills and permanent injury.

## COUNT I

6    The plaintiff, Ana Dejesus Batista, re-alleges and incorporates herein by reference the allegations contained in Paragraphs 1 through 5 of the plaintiff's Complaint.

7    The aforementioned accident/incident was caused by the negligence of the defendant, CVS Pharmacy, Inc., by and through their agents and/or employees.

8    As a direct and proximate cause of the negligence of the defendant, CVS Pharmacy, Inc., the plaintiff suffered serious injury, inpatient hospitalization, incurred and may continue to incur bills for medical treatment, has suffered and continues to suffer pain of both body and mind and was preventing from transacting her usual business.

**WHEREFORE**, the plaintiff demands judgment against the defendant. The plaintiff requests a trial by jury.

June 20, 2024

Respectfully Submitted,
Plaintiff,

By: _____
John R. Roden, Esq.
273 State Street
Springfield, MA 01103
BBO #: 555392
TEL #: 413 788 1455
jrodenlaw@gmail.com

Date Filed 6/20/2024 1:12 PM
Superior Court - Bristol
Docket Number 24-73-CV-0447

Case 1:24-cv-12252-JDH   Document 1-4   Filed 08/30/24   Page 8 of 9

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 24-73-cv- 0447 | Massachusetts Trial Court Superior Court |
|---|---|---|
| | | COUNTY: Bristol Superior Court (Fall River) |

| Plaintiff: ANA DEJESUS BATISTA | Defendant: |
|---|---|
| ADDRESS: 836 GLOBE STREET, APT. 1 | ADDRESS: CVS PHARMACY, INC. |
| FALL RIVER, MA 02724 | 550 PLEASANT STREET |
| | FALL RIVER, MA 02721 |

| Plaintiff Attorney: | Defendant Attorney: |
|---|---|
| ADDRESS: JOHN R. RODEN, ESQ. | ADDRESS: |
| 273 STATE STREET | |
| SPRINGFIELD, MA 01103 | |
| BBO: 555392 | BBO: |

**TYPE OF ACTION AND TRACK DESIGNATION (see instructions section on next page)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B04 | PHARMACY NEGLIGENCE/PERSONAL INJ. | F | ☒ YES  ☐ NO |

*If "Other" please describe: _____

Is there a claim under G.L. c. 93A?  ☐ YES  ☒ NO
Is there a class action under Mass. R. Civ. P. 23?  ☐ YES  ☒ NO

**STATEMENT OF DAMAGES REQUIRED BY G.L. c. 212, § 3A**

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. (Note to plaintiff: for this form, do not state double or treble damages; indicate single damages only.)

**TORT CLAIMS**

A. Documented medical expenses to date
  1. Total hospital expenses ................................................. $50,000.00
  2. Total doctor expenses
  3. Total chiropractic expenses
  4. Total physical therapy expenses
  5. Total other expenses (describe below)

Subtotal (1-5): $50,000.00

B. Documented lost wages and compensation to date
C. Documented property damages to date
D. Reasonably anticipated future medical and hospital expenses ................... $50,000.00
E. Reasonably anticipated lost wages
F. Other documented items of damages (describe below)

TOTAL (A-F): $100,000.00

G. Briefly describe plaintiff's injury, including the nature and extent of the injury:

GASTROINTESTINAL PAIN, VOMITING, DIZZINESS, CHEST PAIN, NUMBNESS IN LEFT ARM, POTENTIAL ORGAN DAMAGE

**CONTRACT CLAIMS**

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

Signature of Attorney/Self-Represented Plaintiff: X _[signed]_   Date: June 20, 2024

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

**CERTIFICATION UNDER S.J.C. RULE 1:18(5)**

I hereby certify that I have complied with requirements of Rule 5 of Supreme Judicial Court Rule 1:18: Uniform Rules on Dispute Resolution, requiring that I inform my clients about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney: X _[signed]_   Date: June 20, 2024

SC0001: 02/24     www.mass.gov/courts     Date/Time Printed:06-20-2024 12:53:39

| CIVIL TRACKING ORDER (STANDING ORDER 1-88) | DOCKET NUMBER 2473CV00447 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Dejesus Batista, Ana vs. CVS Pharmacy, Inc. | | Jennifer A. Sullivan, Clerk of Court Bristol County |
| TO: John R Roden, Esq. John R. Roden, Attorney at Law 273 State St Springfield, MA 01103 | | COURT NAME & ADDRESS Bristol County Superior Court - New Bedford 441 County Street, 1st floor New Bedford, MA 02740 |

## TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

### STAGES OF LITIGATION         DEADLINE

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 09/18/2024 | |
| Response to the complaint filed (also see MRCP 12) | | 10/18/2024 | |
| All motions under MRCP 12, 19, and 20 | 10/18/2024 | 11/18/2024 | 12/17/2024 |
| All motions under MRCP 15 | 10/18/2024 | 11/18/2024 | 12/17/2024 |
| All discovery requests **and depositions** served and non-expert depositions completed | 04/16/2025 | | |
| All motions under MRCP 56 | 05/16/2025 | 06/16/2025 | |
| Final pre-trial conference held and/or firm trial date set | | | 10/13/2025 |
| Case shall be resolved and judgment shall issue by | | | 06/22/2026 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**
This case is assigned to

| DATE ISSUED | ASSISTANT CLERK | PHONE |
|---|---|---|
| 06/20/2024 | Dina Swanson | (508)996-2051 |